```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
L.A. and A.S. Individually and on Behalf of E.S.,                :
                                                                 :
                                Plaintiffs,                      :
                                                                 :            22 Civ. 3771 (JPC)
         -v-                                                     :
                                                                 :                 ORDER
New York City Department of Education,                           :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, the parties are directed to submit a status update to the Court, including the parties' position on whether an infant compromise order is needed in this case pursuant to Local Civil Rule 83.2(a)(1), by December 19, 2022 and, if not, whether the parties request an order dismissing this action without prejudice to either party reinstating it within thirty days.

      SO ORDERED.

Dated: November 22, 2022
       New York, New York

                                                          JOHN P. CRONAN
                                                          United States District Judge