UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                 :

L.A. and A.S., *individually and on behalf of E.S.*,   :

                            Plaintiffs,                              :

                                              :          22 Civ. 3771 (JPC)

                       -v-                            :

                                              :          <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                        Defendant.                  :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On January 23, 2024, the Court ordered the parties to file a status letter by February 16, 2024, advising the Court as to whether the payment to Plaintiff's counsel had been disbursed. That deadline has passed, yet the docket reflects no such letter. The Court accordingly *sua sponte* extends the deadline for the parties to file this status letter to February 28, 2024.

        SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                            United States District Judge