```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
L.A. and A.S., individually and on behalf of E.S.,                     :
                                                                       :
                               Plaintiffs,                             :
                                                                       :         22 Civ. 3771 (JPC)
               -v-                                                     :
                                                                       :         ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                                 :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 29, 2024, the Court ordered the parties to file a status letter by March 21, 2024, advising the Court as to whether the payment to Plaintiffs' counsel had been disbursed. That deadline has passed, yet the docket reflects no such letter. The Court accordingly *sua sponte* extends the deadline for the parties to file this status letter to April 3, 2024. The parties are reminded that "all litigants have an obligation to comply with court orders," and failure to comply may result in sanctions. *Baba v. Japan Travel Bureau Int'l*, 111 F.3d 2, 5 (2d Cir. 1997) (cleaned up).

SO ORDERED.

Dated: March 27, 2024
       New York, New York

JOHN P. CRONAN
United States District Judge